**UNITED STATES, Defendant, Appellant, v. J. Henry NEAL et al., Trustees, Plaintiffs, Appellees.**

Circuit Court of Appeals, First Circuit. October 30, 1928.

No. 2287.

For opinion below, see 26 F.(2d) 708.

J. Duke Smith, Sp. Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., C. M. Charest, and L. H. Baylies, all of Washington, D. C., on the brief), for appellant.

William Harold Hitchcock, of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This case is governed by our decision of August 27, 1928, in Thomas W. White, Collector, v. Henry Hornblower et al., Trustees, 27 F.(2d) 777.

The judgment of the District Court is vacated, and the case is remanded to that court, with directions to enter judgment for the appellant.

**UNITED STATES, Appellant, v. John Broadus WILSON, Appellee.**

Circuit Court of Appeals, Eighth Circuit. June 23, 1928.

No. 8209.

S. S. Langley, U. S. Atty., and W. N. Ivie, Asst. U. S. Atty., both of Ft. Smith, Ark.

Wade Kitchens, of Magnolia, Ark., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**UNITED STATES ex rel. Eric LEIBMAN, Appellant, v. William FLYNN, District Director of Immigration in Charge at Buffalo, New York, Respondent.**

Circuit Court of Appeals, Second Circuit. October 29, 1928.

No. 101.

Dominick & Dominick, of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Harold E. Orr, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order (16 F.[2d] 1006) affirmed.

**UNITED STATES ex rel. Benjamin WEISS, Relator-Appellant, v. William C. HECHT, United States Marshal for the Southern District of New York, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. October 29, 1928.

No. 104.

Charles G. F. Wahle, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Arthur H. Schwartz, Asst. U. S. Atty., of New York City, and A. E. Bernsteen, U. S. Atty., and Wilfred J. Mahon, Asst. U. S. Atty., both of Cleveland, Ohio, of counsel), for appellee.

Before MANTON, L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.